# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1)   EILEEN E. HINES, | ) | |
| | ) | |
|         Plaintiff, | ) | |
| | ) | |
| | ) | CIV-15-658-W |
| v. | ) | |
| | ) | |
| (1)   INTEGRIS BAPTIST MEDICAL CENTER, | ) ) | |
| | ) | |
|         Defendants. | ) | |

## DISMISSAL WITH PREJUDICE

**COME NOW THE PLAINTIFFS** by and through their attorneys of record, and jointly dismiss *with prejudice*, all claims and causes of action asserted in the above-styled and numbered case pursuant to Rule 41 of the Federal Rules of Civil Procedure; each party to bear their own attorneys fees and costs.

**RESPECTFULLY SUBMITTED** _4__ day of August, 2015.

/s/ E. ED BONZIE
E. Ed Bonzie, OBA #15190
E. ED BONZIE, P.C,
8201 S. Walker
Oklahoma City, Oklahoma 73139
Telephone:   405-631-1021
Facsimile:   405-616-2488
Ed@edbonzielaw.com

**Attorneys for Plaintiff**

/s/ Courtney K. Warmington
Courtney K. Warmington, OBA# 18486
Leonard Court, Esq.
A. Professional Corp.
Braniff Building
324 North Robinson, Ste. 100
Oklahoma City, OK 73102
405-235-7700 Phone
405-239-6651 Fax

**Attorney for Defendants.**